EDWARD V. GOERZ, appellant,

*v.*

MATHILDA GOERZ, respondent.

[Submitted March 23d, 1914.    Decided May 4th, 1914.]

On appeal from a decree of the court of chancery advised by Advisory Master Hartshorne.

*Messrs. McDermott & Enright,* for the appellant.

*Messrs. Weller & Lichtenstein,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Advisory Master Hartshorne.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, BERGEN, MINTURN, KALISCH, BOGERT, VREDEN-BURGH, WHITE, HEPPENHEIMER—11.

*For reversal*—None.